**CIRCUIT MEDIATION OFFICE**
## UNITED STATES COURT OF APPEALS
**FOR THE TENTH CIRCUIT**

BYRON WHITE UNITED STATES COURTHOUSE
1823 STOUT STREET
DENVER, COLORADO 80257

**DAVID W. AEMMER**
CHIEF CIRCUIT MEDIATOR

**KEVIN J. KINNEAR**
CIRCUIT MEDIATOR

TELEPHONE 303-844-6017
FACSIMILE 303-844-6437

November 10, 2026

Jason W. Savela, Esq.
Savela Law Firm
3825 Iris Avenue, Suite 100
Boulder, CO 80301

Robert W. Beck, Esq.
Amy C. Colony, Esq.
Colorado Attorney General's Office
1300 Broadway, 10th Floor
Denver, CO 80203

RE: No. 26-1236 – John Doe v. Colorado State University, et al.

Dear Counsel:

Pursuant to Rule 33.1, Rules of the Tenth Circuit, the deadline for filing the appellant's brief and the appendix is extended to **December 9, 2026**.

Sincerely,

Kevin J. Kinnear

KJK:dm